

**Entered on Docket
March 15, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 west Sahara Suite #110
Las Vegas, NV  89117
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-BAR1, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-33460-BAM |
| | ) |
| Aaron Edward Stivers, | ) Chapter  7 |
| Mauria Jeaneaux Stivers, | ) |
| | ) DATE:  2/23/10 |
| Debtors. | ) TIME:   1:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                                                                    M&H File No. NV-09-18655
                                                                                                             09-33460-bam

1  The Motion for Relief from Automatic Stay came on regularly for hearing at the date and
2  time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and
3  supporting evidence, and good cause appearing, the Court rules as follows:
4  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay
5  provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of
6  Movant in the real property commonly known as 2897 Juniper Hills Boulevard, Las Vegas, NV
7  89142.

9  IT IS SO ORDERED.

12  Submitted by:
McCarthy & Holthus, LLP

13  /s/Christopher K. Lezak
14  Christopher K..Lezak, Esq.
9510 West Sahara Suite #110
15  Las Vegas, NV 89117
702-685-0329

17  Approved/Disapproved

19  *Emailed 02/25/10 – no response received*
Lenard E. Schwartzer
20  2850 South Jones Boulevard, #1
Las Vegas, NV 89146

*Rev. 12.09*                                                                          M&H File No. NV-09-18655
                                                                                                  09-33460-bam

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: Lenard E. Schwartzer - Emailed 02/25/10 – no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###